Order entered October 23, 2019



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01048-CV

### IN THE INTEREST OF G. S., A CHILD

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0347**

## ORDER

Appellant's brief in this case is overdue.  By order dated September 27, 2019, we granted appellant's request to extend time to file her brief and ordered her brief filed by October 15, 2019.  To date, appellant's brief has not been filed.

Accordingly, appellant is **ORDERED** to file, within **TEN DAYS** of the date of this order, both appellant's brief and an extension motion. Because this is a termination of parental rights case which must be handled expeditiously, failure to file the brief and an extension motion by the time specified may result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/    BILL WHITEHILL
       JUSTICE